IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONNIE J. EDMONSON, individually and on behalf of all others similarly situated, Plaintiff, | : : : : | CIVIL ACTION |
| v. | : : : | NO. 10-4919 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al., Defendants. | : : : | |

## ORDER RE: MOTION TO DISMISS

AND NOW, on this  1st  day of April, 2011, upon careful consideration of Defendant Lincoln National Life Insurance Company's Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) and for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 24), Plaintiff's response thereto (ECF No. 26), the oral argument held on February 3, 2011, and additional briefs submitted by both parties, and for the reasons in the accompanying Memorandum on the Motion to Dismiss, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-4919 Edmonson v. Lincoln National\Edmonson MTD Order.wpd