IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONNIE J. EDMONSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 10-4919 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al., | : : : | |
| Defendants. | : | |

**ORDER RE: LINCOLN'S MOTION FOR SUMMARY JUDGMENT
AND PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

AND NOW, on this 3rd day of February, 2012, upon careful consideration of Defendant Lincoln National Life Insurance Company's ("Lincoln") Motion for Summary Judgment (ECF No. 52), Plaintiff Connie J. Edmonson's Cross-Motion for Partial Summary Judgment (ECF No. 68), and the parties' briefing, and following oral argument held on December 21, 2011, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

1. Lincoln's Motion for Summary Judgment is GRANTED.

2. Plaintiff's Cross-Motion for Partial Summary Judgment is DENIED.

3. Plaintiff's Motion for Class Certification (ECF No. 63), Plaintiff's Motion to Compel Discovery (ECF No. 66), and Lincoln's Motion to Stay Discovery (ECF No. 73) are DENIED as moot.

4. Final judgment is entered in favor of Defendants and against Plaintiff.

5. The Clerk of Court shall close Civil Action No. 10-4919.

BY THE COURT:

s/Michael M. Baylson

———————————————
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-4919 Edmonson v. Lincoln National\Order re MSJ.wpd